UNITED STATES DISTRICT OF NEW YORK
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CAMIERA KNIGHT,

      Plaintiff,

-against-

JETBLUE AIRWAYS CORPORTATION
and JAMIN KNOBEL, Individually,

      Defendants.
-----------------------------------------------------------X

Civil Action No. 1:20-cv-05667

STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned matter, through their undersigned counsel, that pursuant to Federal Rules of Civil Procedure 41 (a)(1)(A)(ii), all claims asserted in the above-captioned matter be, and hereby are, dismissed with prejudice and without costs or fees to any party as against each other, and without any monetary consideration paid to Plaintiff, and that an order to that effect be entered with notice.

Dated: New York, New York
   December 22, 2022

**GODDARD LAW PLLC**

By: /s/ Megan Goddard
  Megan S. Goddard, Esq.
39 Broadway, Suite 1540
New York, New York 10006

*Attorneys for Plaintiff*
*Camiera Knight*

**AKERMAN LLP**

By: */s/ Raymond J. Berti*
  Raymond J. Berti, Esq.
1251 Avenue of the Americas, 37th Floor
New York, New York 10020

*Attorneys for Defendants*
*JetBlue Airways Corporation and*
*Jamin Knobel*

SO ORDERED:

_____
Judge Carol Bagley Amon, United States District Judge